COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Retaka Romeo Nelson v. Shannon Brochette Nelson

Appellate case number:    01-13-00816-CV

Trial court case number:    2012-04063

Trial court:                    308th District Court of Harris County

On October 4, 2013, appellant, Retaka Romeo Nelson, filed a motion challenging the trial court's order sustaining a contest to his affidavit of indigence. *See* TEX. R. APP. P. 20.1(j)(1). The motion was filed within 10 days after appellant filed his notice of appeal and within 10 days after the order sustaining the contest was signed. *See* TEX. R. APP. P. 20.1(j)(2). Nevertheless, the trial court clerk did not file the clerk's record related to indigence until October 30, 2013. *See* TEX. R. APP. P. 20.1(j)(3) (requiring record to be filed within three days after motion challenging order sustaining contest is filed). As a result, we were unable to rule on the motion within 10 days after it was filed, the motion was granted by operation of law, and appellant is entitled to proceed without advance payment of costs. *See* TEX. R. APP. P. 20.1(j)(4).

The Clerk of this Court is **ORDERED** to make an entry in this Court's records that appellant is indigent and is allowed to proceed on appeal without advance payment of costs. *See* TEX. R. APP. P. 20.1(k), (n).

It is further **ORDERED** that the District Clerk file with this Court, within 30 days of the date of this order and at no cost to appellant, a clerk's record containing the items specified in Texas Rule of Appellate Procedure 34.5(a), and that the Court Reporter file with this Court, within 30 days of the date of this order and at no cost to appellant, the reporter's record. *See* TEX. R. APP. P. 20.1(k), 35.1(a), (c).

Appellant's brief is **ORDERED** filed with this Court within 30 days after the later of the date the clerk's record is filed or the date the reporter's record is filed. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, must be filed within 30 days after the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

Appellant's "Motion to Sign Order Pursuant to Rule 20.1(J)(4)" and "Motion to Extend Time" are **DISMISSED** as moot.

It is so ORDERED.


Judge's signature:/s/ Michael Massengale

⊠ Acting individually      ☐ Acting for the Court


Date:  November 5, 2013